**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-475

**Effective Date of Registration:**
February 12, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | White Clay Wizard |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | March 15, 2014 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| **Author:** | Don White |
| **Author Created:** | sculpture |
| **Citizen of:** | United States |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Don White |
| | 10317 Renfaire dr, Plantersville, TX, 77363, United States |

## Certification
_____

| | |
|---|---|
| **Name:** | Daniel Lachman |
| **Date:** | February 12, 2025 |

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-444-504**

**Effective Date of Registration:**
February 12, 2025
**Registration Decision Date:**
May 07, 2025

## Title

**Title of Work:** White Wizard Holding his Pipe

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 13, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Don White
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Don White
10317 Renfaire dr, Plantersville, TX, 77363, United States

## Certification

**Name:** Daniel Lachman
**Date:** February 12, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-444-507**
**Effective Date of Registration:**
February 12, 2025
**Registration Decision Date:**
May 07, 2025

---

## Title

**Title of Work:** White Wizard Peace

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 18, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Don White
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Don White
10317 Renfaire dr, Plantersville, TX, 77363, United States

## Certification

**Name:** Daniel Lachman
**Date:** February 12, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-474

**Effective Date of Registration:**
February 12, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

Title of Work: White Wizard Sculpture Playing Air Guitar

## Completion/Publication

Year of Completion: 2014
Date of 1st Publication: July 25, 2014
Nation of 1st Publication: United States

## Author

- Author: Don White
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Don White
10317 Renfaire dr, Plantersville, TX, 77363, United States

## Certification

Name: Daniel Lachman
Date: February 12, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-506

**Effective Date of Registration:**
February 12, 2025
**Registration Decision Date:**
May 07, 2025

---

## Title
_____

Title of Work: White Wizard Shooter with his Tongue Out

## Completion/Publication
_____

Year of Completion: 2014
Date of 1st Publication: February 25, 2014
Nation of 1st Publication: United States

## Author
_____

- Author: Don White
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Don White
10317 Renfaire dr, Plantersville, TX, 77363, United States

## Certification
_____

Name: Daniel Lachman
Date: February 12, 2025

---



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-505

**Effective Date of Registration:**
February 12, 2025
**Registration Decision Date:**
May 07, 2025

## Title
_____

**Title of Work:** White Wizard Smoker Shooter Santa

## Completion/Publication
_____

**Year of Completion:** 2014
**Date of 1st Publication:** April 23, 2014
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Don White
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Don White
10317 Renfaire dr, Plantersville, TX, 77363, United States

## Certification
_____

**Name:** Daniel Lachman
**Date:** February 12, 2025



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-446-485

**Effective Date of Registration:**
February 12, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | White Wizard Smoker Shooter |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | December 09, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Don White |
| **Author Created:** | sculpture |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Don White |
| | 10317 Renfaire dr, Plantersville, TX, 77363, United States |

---

## Certification

| | |
|---|---|
| **Name:** | Daniel Lachman |
| **Date:** | February 12, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-484

**Effective Date of Registration:**
February 12, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

| | |
|---|---|
| Title of Work: | Wizzing Wizard Fountain |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | July 12, 2014 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Don White |
| Author Created: | sculpture |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Don White |
| | 10317 Renfaire dr, Plantersville, TX, 77363, United States |

## Certification

| | |
|---|---|
| Name: | Daniel Lachman |
| Date: | February 12, 2025 |

---

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-446-482

**Effective Date of Registration:**
February 12, 2025
**Registration Decision Date:**
May 23, 2025

---

## Title

**Title of Work:** ZZ Top rockin' Wizard

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** May 05, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Don White
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Don White
10317 Renfaire dr, Plantersville, TX, 77363, United States

## Certification

**Name:** Daniel Lachman
**Date:** February 12, 2025

